UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON WHETTEN,<br>Plaintiff,<br>v.<br>BULLARD CONSTRUCTION, INC.,<br>Defendant. | Case No. 1:26-cv-06961-EPG<br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 2) |

Plaintiff Brandon Whetten proceeds *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the requisite showing under § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* is granted.

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE